<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2673**

———————

HOMER W. WALKER,

Plaintiff - Appellant,

versus

NATIONSBANK, N.A.; JOE TEMPLE; C. KIM
NAZARCHYK; FAYE MCDANIEL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-96-1034-5-BR)

———————

Submitted:  March 23, 2000          Decided:  March 29, 2000

———————

Before LUTTIG, WILLIAMS,[*] and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Homer W. Walker, Appellant Pro Se.  Benjamin Franklin Davis, Jr., SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellees.

———————

    * Judge Williams did not participate in consideration of this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Homer W. Walker appeals from the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider a prior order denying his motion to remand the proceedings to state court. Because we find no abuse of discretion, we affirm. See Walker v. Nationsbank, N.A., No. CA-96-1034-5-BR (E.D.N.C. Dec. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED